809 A.2d 243

Dion M. JETTER, Appellant,

v.

SECRETARY OF CORRECTIONS FOR PENNSYLVANIA, Jeffrey A. Beard, PH.D., et al., Appellees.

Supreme Court of Pennsylvania.

Oct. 22, 2002.

242

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of October, 2002, the Order of the Commonwealth Court is affirmed.